22837. COLUMBUS GROCERY AND SUPPLY COMPANY *v.* GREEN.

DECIDED JULY 13, 1933.

200

204

*Slade & Swift, Pease & Davidson,* for plaintiff in error.

*Walker R. Flournoy, Love & Fort,* contra.

BROYLES, C. J. (After stating the foregoing facts.) In our opinion the amended petition set out a cause of action, and the court did not err in overruling all the grounds, general and special, of the demurrer interposed. See *Huey* v. *Atlanta,* 8 *Ga. App.* 597 (2, 3) (70 S. E. 71); *Southern Hotel Co.* v. *Evans,* 28 *Ga. App.* 161 (110 S. E. 459); *Fulton Ice & Coal Co.* v. *Pece,* 29 *Ga. App.* 507, 515 (116 S. E. 57).

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*